U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 23 2010

FILED

United States of America

v.

Luis Reyes

Case No. 1910-CR-00048-SM-1

## STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING AND/OR WAIVER OF PRELIMINARY HEARING

[✓] I hereby stipulate to detention and waive my right to a detention hearing, without prejudice, as provided in:
- ✓ 18 U.S.C. 3142(f), pending trial**
- ___ 18 U.S.C. 3148(a), revocation of release/pending trial**
- ___ Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- ___ Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

[ ] Having been charged in a (complaint) (petition) pending in this District, I hereby waive my right to a preliminary hearing as provided in Fed.R.Crim.P. 5.1 and Fed.R.Crim.P 32.1(b)(1)

Date: 4/23/10

_Luis Reyes_
Defendant

Date: 4/23/10

_[signature]_
Counsel for Defendant

STIPULATION APPROVED.

Date: 4/23/10

_[signature] James R. Muirhead_
United States Magistrate Judge
United States District Judge

cc: US Attorney
US Marshal
US Probation
Defendant's Counsel

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31A (5-05)