UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                          Case No. 10-cr-48-01/03 SM

Luis Alberto Reyes, et al

O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for September 21, 2010 for a period of 60 days, citing the need for additional time to review discovery. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from September 21, 2010 to December 7, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. The defendant shall file a waiver of speedy trial not later than September 10, 2010.

| | |
|---|---|
| Final Pretrial Conference: | November 23, 2010 at 2:00 PM |
| Jury Selection: | December 7, 2010 at 9:30 AM |

SO ORDERED.

September 1, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal