UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 10-cr-48-01 SM

Luis Alberto Reyes

O R D E R

The defendant Luis Alberto Reyes, through counsel, has moved to continue the trial scheduled for February 15, 2011 for a period of thirty days, citing the need for additional time to negotiate a non-trial disposition of this case. The Government assent to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from February 15, 2011 to March 22, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. The defendant shall file a waiver of speedy trial not later than February 14, 2011.

No further continuances absent extraordinary reasons.

| | |
|---|---|
| Final Pretrial Conference: | March 11, 2011 at 2:00 PM |
| Jury Selection: | March 22 , 2011 at 9:30 AM |

SO ORDERED.

February 4, 2011

_____
Steven J. McAuliffe
Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal